UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

JERMANIQUE C. BROWN,

                Plaintiff,

      - against -

BRIGHTPOINT HEALTH,

                Defendant.

x

-----------------------------------------------------------

17-CV-09324 (GHW)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Brightpoint Health states that it has no parent company and that no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       December 8, 2017

                              DAVIS WRIGHT TREMAINE LLP

                              By: /s/Lyle S. Zuckerman
                                   Lyle S. Zuckerman
                                   Kaitlyn E. Fallon
                                   Attorneys for Defendant
                                   1251 Avenue of the Americas, 21st Floor
                                   New York, New York 10020
                                   (212) 489-8230