UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JERMANIQUE C. BROWN,

        *Plaintiff,*

    v.

BRIGHTPOINT HEALTH,

        *Defendant.*
------------------------------------------------------------------x

17 CV 9324 (GHW)

STIPULATION OF DISMISSAL WITH PREJUDICE

    **IT IS HEREBY NOTICED** that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned proceeding is hereby dismissed with prejudice and without costs, expenses, or fees to any party, and an order to that effect may be entered without further notice.

August 17, 2017

By: _____
Lyle S. Zuckerman
Kaitlyn E. Fallon
DAVIS WRIGHT TREMAINE LLP
1251 Sixth Avenue, 21st Floor
New York, New York 10020
T: (212) 407-8320
F: (212) 407-8340
lylezuckerman@dwt.com

August 13, 2017

By: _____
Walker G. Harman, Jr.
Owen H. Laird
THE HARMAN FIRM, LLP
381 Park Avenue South, Suite 1220
New York, New York 10016
T: (212) 425-2600
F: (212) 202-3926
olaird@theharmanfirm.com

*SO ORDERED*

_____
U.S.D.J.